UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

vs.

**JOSEPH L. LADUC**

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 7:08-CR-350   (GHL)

Lionel L. Hector, Esq.
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

_XX_ guilty __ nolo contendere] as to Count 1 of the Information.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Driving While Intoxicated, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 1192.2 of the New York Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED:**   May 13, 2008

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $1,000.00 and special assessment of $25.00. Total of the fine and special assessment amounts to $1,025.00, to be paid in equal installments every ninety (90) days in the amount of $250.00, the first payment due by 11/13/08 with the total amount to be paid in full by 8/13/09. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** Counts 2 and 3 of the Information are dismissed on motion of the United States.

_____August 13, 2008_____
Date of Imposition of Sentence

_____August 19, 2008_____
DATE SIGNED

_____
GEORGE H. LOWE
U.S. Magistrate Judge